878 A.2d 851

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. FRANCISCO ALBERT CASTRO, DEFENDANT–RESPONDENT.

July 22, 2005.

ORDERED that the motion for leave to appeal is granted.